LESLIE QUIGG, CHIEF OF POLICE OF THE CITY OF MIAMI, FLORIDA, *Plaintiff in Error,* v. E. H. RADEL, JR., *Defendant in Error.*

## Decision Filed July 19, 1923.

Where the members of the Appellate Court are equally divided in opinion as to whether a judgment on writ of error should be reversed or affirmed, and there is no prospect of a change of judicial opinion, the judgment should be affirmed, so that the litigation may not be unduly prolonged.

A Writ of Error to the Circuit Court for Dade County; E. C. Davis, Judge.

Affirmed.

*A. J. Rose,* for Plaintiff in Error;

*G. A. Worley & Son,* for Defendant in Error.

PER CURIAM.—In this case the Chief Justice, Mr. Justice Ellis and Mr. Justice Browne are of opinion that the final order herein, discharging the petitioner in *habeas corpus* proceedings, should be affirmed, while Mr. Justice Whitfield, Mr. Justice West and Mr. Justice Terrell are of opinion that the final order should be reversed; and there being no prospect of a change of judicial opinion, the judgment should be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South Rep. 51, and Pensacola Electric Co. v. Humphreys, 61 Fla. 389, 54 South. Rep. 452.

An order will be entered affirming the final order to which the writ of error herein was taken.